**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   7

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Colette M. Dailey Electrical Contractors, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA  Dailey Electric |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 36-4377562 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 702 Vermont <br> Palatine, IL 60067 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Cook <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Colette M. Dailey Electrical Contractors, Inc.                    Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

| Debtor | Colette M. Dailey Electrical Contractors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

   Contact name _____

   Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | Colette M. Dailey Electrical Contractors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 19, 2018
    MM / DD / YYYY

**X** /s/ James P. Dailey                    James P. Dailey
Signature of authorized representative of debtor            Printed name

Title    President

**18. Signature of attorney**

**X** /s/ Gina B. Krol                    Date    April 19, 2018
Signature of attorney for debtor                    MM / DD / YYYY

Gina B. Krol 6187642
Printed name

Cohen & Krol
Firm name

105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
Number, Street, City, State & ZIP Code

Contact phone    312.368.0300        Email address

6187642 IL
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Colette M. Dailey Electrical Contractors, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 19, 2018      **X** /s/ James P. Dailey
                                                   Signature of individual signing on behalf of debtor

                                                   James P. Dailey
                                                   Printed name

                                                   President
                                                   Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   Colette M. Dailey Electrical Contractors, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................ $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................. $ _____210,804.68

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................ $ _____210,804.68

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ _____79,385.17

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ _____248,291.69

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ _____588,216.70

4. **Total liabilities** ........................................................................
   Lines 2 + 3a + 3b

   $ _____915,893.56

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     Colette M. Dailey Electrical Contractors, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking | 9882 | $2,807.53 |
| 3.2. | Union National Bank | Checking | 8714 | $5.00 |
| 3.3. | Union National Bank | Checking | 8854 | $1.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $2,813.53

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Colette M. Dailey Electrical Contractors, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☑ Yes Fill in the information below.

**11.** **Accounts receivable**

11b. Over 90 days old:  435,078.00  -  230,400.00  =....  $204,678.00

face amount        doubtful or uncollectible accounts

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$204,678.00

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** See attached list | $16,100.00 | | $350.00 |

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$350.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Colette M. Dailey Electrical Contractors, Inc.    Case number *(If known)* _____
        Name

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>See attached list | $125,930.00 | | $2,963.15 |

51.  **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

                                  $2,963.15

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

    ■ No
    ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Colette M. Dailey Electrical Contractors, Inc.                    Case number *(If known)* _____
          Name

| 63. | **Customer lists, mailing lists, or other compilations** Debtor maintained clients for 20 years, during the course of business. | $0.00 | | $0.00 |
|---|---|---|---|---|

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

| 66. | **Total of Part 10.** | $0.00 |
|---|---|---|

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☑ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Colette M. Dailey Electrical Contractors, Inc. | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2" style="background-color:black;color:white">Part 12:</td><td colspan="2"><b>Summary</b></td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,813.53 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $204,678.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $350.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,963.15 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $210,804.68 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $210,804.68 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Line | Quantity | Item | Total Estimated Value |
|---|---|---|---|
| 1 | 1 | #10 THHN 2000' | $50 |
| 2 | 30 | 1 1/2 inch compresion coupling | $3 |
| 3 | 30 | 1 1/2 inch compression connector | $3 |
| 4 | 15 | 1 1/2 inch liquid tight connectors | $2 |
| 5 | 15 | 1 1/2 inch set screw coupling | $2 |
| 6 | 10 | 1 1/2 knockout seal | $1 |
| 7 | 100 | 1 1/4 1-hole strap | $1 |
| 8 | 55 | 1 1/4 inch compression coupling | $50 |
| 9 | 25 | 1 1/4 inch pipe clamp | $10 |
| 10 | 5 | 1 1/4 inch set screw connector | $5 |
| 11 | 40 | 1 5/16 inch J Hook | $5 |
| 12 | 100 | 1 inch 1-hole strap | $10 |
| 13 | 215 | 1 inch compression coupling | $20 |
| 14 | 300 | 1 inch conduit hanger | $20 |
| 15 | 60 | 1 inch knockout seals | $10 |
| 16 | 100 | 1 inch rigid pipe clamp | $10 |
| 17 | 175 | 1 inch set screw connector | $10 |
| 18 | 200 | 1 inch set screw coupling | $20 |
| 19 | 150 | 1/2 inch EMT coupling | $10 |
| 20 | 100 | 1/2 inch pipe clamp | $10 |
| 21 | 30 | 1/2 inch squeeze connector | $3.00 |
| 22 | 45 | 1/4 inch hanger bracket | $10 |
| 23 | 30 | 11 B Exterior Rings | $3 |
| 24 | 4 | 110V Milwaukee 1/2" hammer drill | $10 |
| 25 | 1 | 18V band saw | $10 |
| 26 | 30 | 1900 Box Exterior Rings | $3 |
| 27 | 25 | 1900 gasket rings | $2.50 |
| 28 | 5 | 2 gang boxes | $0.50 |
| 29 | 50 | 2 gang white wall plate cover | $5 |
| 30 | 35 | 2 inch compression coupling | $3.50 |
| 31 | 50 | 2 inch conduit hanger | $5 |
| 32 | 50 | 2 inch set screw coupling | $5 |
| 33 | 3 | 200 Amp panels | $150 |
| 34 | 5 | 3 1/2 inch liquid tight connectors | $5 |
| 35 | 50 | 3 1/2 inch rigid pipe clamp | $10 |
| 36 | 16 | 3 1/2 set screw connectors | $20 |
| 37 | 9 | 3 1/2 set screw coupling | $4 |
| 38 | 150 | 3 1/4 Conduit Clamp | $15 |
| 39 | 3 | 3' crow bars | $15 |
| 40 | 20 | 3 gang white wall plate cover | $10 |
| 41 | 10 | 3 inch compression coupling | $5 |
| 42 | 10 | 3 inch set screw connector | $5 |
| 43 | 150 | 3/4 conduit clip (ribbed) | $3 |

| Line | Quantity | Item | Total Estimated Value |
|---|---|---|---|
| 44 | 1 | 3/4 inch 1 whole strap | $1 |
| 45 | 1 | 3/4" ropes | $2 |
| 46 | 65 | 3/8 inch 90 degree angle connector | $6.50 |
| 47 | 100 | 3/8 inch compression type EMT coupling | $10 |
| 48 | 25 | 3/8 to 1/2 inch transition EMT/NM Coupling | $25 |
| 49 | 1000' | 3/8" rod | $200 |
| 50 | 2 | 3m label maker PL200 | $5 |
| 51 | 13 | 4 gang masonary box | $13 |
| 52 | 25 | 4 gang white wall plate | $200 |
| 53 | 20 | 4 inch couplings | $8 |
| 54 | 90 | 4 inch double device cover | $10 |
| 55 | 100 | 4 inch quare single device cover | $10 |
| 56 | 40 | 4 inch square box | $4 |
| 57 | 50 | 4 inch square eccentric KO's in Groundskeeper | $5 |
| 58 | 50 | 4 inch square outlet box with metal stud bracket | $5 |
| 59 | 40 | 4 inch square/round rings | $4 |
| 60 | 20 | 4 outlet cream wall plate | $2 |
| 61 | 25 | 4 switch white wall plate | $4.50 |
| 62 | 6 | 4" channel lock | $1 |
| 63 | 2 | 480V transformers | $40 |
| 64 | 43 sections (172 linear feet) | 4'x7'  5-shelf material shelving | $430 |
| 65 | 15 | 5 gang boxes plates | $1.50 |
| 66 | 10 | 5 gang white wall plate | $1 |
| 67 | 4 | 500 ft of wire (22/6 shld + 22/4 + 22/2 + 18/4) | $10 |
| 68 | 200 | 60 watt Edison type light bulbs | $20 |
| 69 | 1 | 600mcm high press with dyes | $10 |
| 70 | 90 | 7/16 inch track lighting clip | $15 |
| 71 | 50 | Angle Bracket Support | $5 |
| 72 | 3 | Baker scaffolds | $300 |
| 73 | 3 | Bow saws wood | $30 |
| 74 | 1 | Brother printer - MFC 7360N | $25 |
| 75 | 1 | Brother printer - MFC J870DW | $25 |
| 76 | 3 | Brother printers - MFCL2700DW | $25 |
| 77 | 280 | cable clips | $2.80 |
| 78 | 4 | Cable crimper for 1/0 and less | $1 |
| 79 | 3 | Caddy Pyramids | $2 |
| 80 | 1 | Cadweld 110V striker | $5 |
| 81 | 10 | Cadweld molds | $0.50 |
| 82 | 3 | Chicago benders | $30 |
| 83 | 150 | Combination Clip | $1.50 |
| 84 | 275 | Con-Clip | $2.75 |
| 85 | 10 | Concrete trowels | $10 |
| 86 | 1 | Cordless Hilti - SF-I 18A | $5 |

4/18/2018

| Line | Quantity | Item | Total Estimated Value |
|------|----------|------|----------------------|
| 87 | 30 | cream 3 gang wall plate cover | $3 |
| 88 | 25 | cream switch wall plate | $2.50 |
| 89 | 1 | Crow bars (pinch bars) | $10 |
| 90 | 1 | Dehumidifier | $30 |
| 91 | 4 | Desks | $80 |
| 92 | 2 | Dewalt DWO83 | $5 |
| 93 | 2 | Dollys | $20 |
| 94 | 10 | double outlet cream wall plate cover | $1 |
| 95 | 2 | DX-35 Hilti | $20 |
| 96 | 3 | Exit Signs | $30 |
| 97 | 300 | Fender washers | $3 |
| 98 | 5 | File Cabinets | $120.00 |
| 99 | 10 | File organizers | $2 |
| 100 | 2 | Flags with large stands | $2 |
| 101 | 4 | Floor mats | $4 |
| 102 | 3 | Fork trucks hand held | $150 |
| 103 | 1 | Freezer | $25 |
| 104 | 15 | Garbage cans | $10 |
| 105 | 100 | gem boxes | $10 |
| 106 | 3 | General duty safety switch (3 pole, non-fusable) | $30 |
| 107 | 100 | Heat trace cable | $25 |
| 108 | 2 | High voltage blankets | $10 |
| 109 | 1 | Hilti TE-4-A18 | $25 |
| 110 | 2 | HP Pro computers | $100 |
| 111 | 4 | Impact Drills | $40.00 |
| 112 | 2 | Large white boards | $2 |
| 113 | 250 | Lay in light fixture clip | $2.50 |
| 114 | 1 | LED Emergency Light | $1 |
| 115 | 3 | LED Under Cabinet Lighting | $3 |
| 116 | 5 | LVR316-E | $5 |
| 117 | 4 | M18 Milwaukee cordless 7/8" drills | $4 |
| 118 | 240 | Metal Stud Fastner | $2.40 |
| 119 | 1 | Milwaukee 110V sawzall | $20 |
| 120 | 1 | Milwaukee radio | $2 |
| 121 | 8 | Moving blankets | $8 |
| 122 | 10 | Office chairs | $50 |
| 123 | 3 | Pallet jacks | $90 |
| 124 | 1 | Panasonic Microwave | $20 |
| 125 | 2 | Philips Bodine Model PSL310C | $5 |
| 126 | 1 | Pick | $1 |
| 127 | 4 | Rakes | $5 |
| 128 | 300 | Rod and Wire Fastner | $20 |
| 129 | 4 | Sets of jumper cables | $10 |

| Line | Quantity | Item | Total Estimated Value |
|------|----------|------|----------------------|
| 130 | 5 | Shovels | $5 |
| 131 | 100 | single gang cover white wall plate | $10 |
| 132 | 10 | Single gang cream wall plate | $10 |
| 133 | 30 | single gang cream wall plate cover | $30 |
| 134 | 2 | Snow shovels | $5 |
| 135 | 4 | Sparks tape | $5 |
| 136 | 4 | Steel fish tapes | $25 |
| 137 | 7 | Telephones | $35 |
| 138 | 1 | Vacuums for pull strings | $10 |
| 139 | 6 | WAC lighting 3 inch new construction housing LED | $6 |
| 140 | 1 | Werner heavy duty 12' ladders | $50 |
| 141 | 1 | Wheel barrel | $10 |
| 142 | 40 | White 3 gang wall plate | $4 |
| 143 | 25 | White circle wall plate | $2.50 |
| 144 | 2 | Wire cart racks | $20 |
| 145 | 4 | Woodsaws stainless | $4 |
| 146 | 6 | WP Box EM Light Heads | $6 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  | $3,313.95 |

4/18/2018

| Line | Quantity | Item | Amount Received | Detailed Description | Purchased By |
|---|---|---|---|---|---|
| 1 | | #10 THHN 7500 ' | $100 | 1/2 of wire | John W. |
| | | | $60 | 1/4 of wire | Walk-in |
| 2 | | #14 THHN 3000' | $50 | 100' | Sam |
| | | | $150 | 1000' | Callard |
| | | | $350 | 1900' | John A. |
| 3 | 1 | (3) 4' X 3' Drill Bit Masonry | $60.00 | | Joe Smith |
| 4 | 10 | 1 1/2 inch compresion coupling | $35 | qty 10 | Tom Sklena |
| 5 | 10 | 1 1/2 inch compression connector | $35 | qty 10 | Tom Sklena |
| 6 | 10 | 1 1/2 inch liquid tight connectors | $35 | qty 10 | Tom Sklena |
| 7 | 10 | 1 1/2 inch set screw coupling | $35 | qty 10 | Tom Sklena |
| 8 | 10 | 1 1/2 knockout seal | $35 | qty 10 | Tom Sklena |
| 9 | 1 | 1 1/4 Bender | $75.00 | | Stephan |
| 10 | 1 | 1 1/4 Bit | $20.00 | | Stephan |
| 11 | 1 | 1 1/4" benders | $100 | | Prime Electric |
| 12 | 50 | 1 inch 1 piece strut clamp | $20 | | Art |
| 13 | 25 | 1 inch 2-hole strap | $30 | | walk-in |
| 14 | 6 | 1 inch 90 degree liquid tight connector | $20 | | Art |
| 15 | 50 | 1 inch rigid pipe clamp | $25 | qty 50 | Art |
| 16 | 6 | 1 inch squeeze connector | $37.50 | qty 6 | Callard |
| 17 | 1 | 1 Pulley | $250.00 | | Joe Smith |
| 18 | 1 | 1' x 3' Drill Bit Masonry | $70.00 | | Joe Smith |
| 19 | 75 | 1/2 compression type EMT connector | $75 | | Art |
| 20 | 50 | 1/2 inch 1 piece strut clamp | $50 | | Art |
| 21 | 300 | 1/2 inch 1 whole straps | See line 170 | | D Best Electrical Solutions |
| 22 | 20 | 1/2 inch 90 degree angle connector | See line 170 | | D Best Electrical Soluitions |
| 23 | 25 | 1/2 inch compression coupling | See line 170 | | D Best Electrical Solutions |
| 24 | 275 | 1/2 inch compression type EMT coupling | See line 170 | | D Best Electrical Solutions |
| 25 | 100 | 1/2 inch conduit lock nut | See line 170 | | D Best Electrical Solutions |
| 26 | 4 | 1/2 inch squeeze connector | $37.50 | qty 4 | Callard |
| 27 | 1 | 1/2" Milwaukee hammer drill - 5361 | $100 | | Tom Sklena |
| 28 | 2 | 1/4" rope spools | $140 | qty 2 | Brickwork Specialists |

4/18/2018

**Fill in this information to identify the case:**

Debtor name ___Colette M. Dailey Electrical Contractors, Inc.___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

| | | Column A | Column B |
|---|---|---|---|
| **2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | Union National Bank | Describe debtor's property that is subject to a lien | $79,385.17 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**101 East Chicago St.**
**Elgin, IL 60120**

Creditor's mailing address

Blanket Lien on all assets

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $79,385.17 |

### Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    Colette M. Dailey Electrical Contractors, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Illinois Department of Revenue<br>P.O. Box 19084<br>Springfield, IL 62794-9084 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26,275.00 | $26,275.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | | |
| **2.2** | Priority creditor's name and mailing address<br>Illinois Dept of Employment Securit<br>Northern Office<br>P.O. Box 19509<br>Springfield, IL 62794 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,922.43 | $17,922.43 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      29730      Best Case Bankruptcy

Debtor    Colette M. Dailey Electrical Contractors, Inc.    Case number (if known) _____
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138,443.00 | $92,000.00 |
|---|---|---|---|---|

Internal Revenue Service
230 South Dearborn Street
Mail Stop 5010 CHI
Chicago, IL 60604

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,652.01 | $9,652.01 |
|---|---|---|---|---|

National Electrical Benefit Fund
2400 Research Blvd
Suite 500
Rockville, MD 20850

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55,999.25 | $55,999.25 |
|---|---|---|---|---|

NECA & IBEW Local 134
Employee Benefit Plans
221 N. LaSalle St., Ste. 200
Chicago, IL 60601

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $230,673.98 |
|---|---|---|---|

Active Electrical Supply
4240 W. Lawrence Ave
Chicago, IL 60630

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,464.00 |
|---|---|---|---|

Advance Switchboard Distribution
1801 N. Lamon
Chicago, IL 60639

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Colette M. Dailey Electrical Contractors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,861.74 |
|---|---|---|---|

Barbizon
252 N. Elston Ave
Chicago, IL 60647

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,000.00 |
|---|---|---|---|

Brendan Dailey
2342 W. Bloomingdale Ave.
#303
Chicago, IL 60647

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** June 2017

**Basis for the claim:** Loan to Company

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $27,078.14 |
|---|---|---|---|

Chitkowski Law Offices
801 Warrenville Rd.
Suite 620
Lisle, IL 60532

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,587.50 |
|---|---|---|---|

Cobra Concrete Cutting Services
2416 E. Oakton
Mount Prospect, IL 60056

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,068.00 |
|---|---|---|---|

Contactor's Adjustment Company
750 Lake Cook Rd.
Ste 410
Buffalo Grove, IL 60089

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

CW Olson & Co.
1701 Golf Rd.
Rolling Meadows, IL 60008

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** IBEW Bond

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,240.00 |
|---|---|---|---|

D.B.S Contracting
6N 311 Gary Ave
Roselle, IL 60172

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Colette M. Dailey Electrical Contractors, Inc. | Case number (if known) | |
|--------|------------------------------------------------|------------------------|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,000.00 |
|------|--------------------------------------------------|-----------------------|------------|

Danforth Electric
6N311 Gary Ave
Evanston, IL 60202

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,491.40 |
|------|--------------------------------------------------|-----------------------|-----------|

Elfco
9860 Clearvue Ct.
Mokena, IL 60448

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.58 |
|------|--------------------------------------------------|-----------------------|---------|

EMC Insurance Companies

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,902.02 |
|------|--------------------------------------------------|-----------------------|------------|

Gexpro
P.O Box 840638
Dallas, TX 75284

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,071.10 |
|------|--------------------------------------------------|-----------------------|------------|

Glenbard Electrical Supply Inc.
333 Eisenhover Lane South
Lombard, IL 60148

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,300.00 |
|------|--------------------------------------------------|-----------------------|------------|

Hansen Electrical Services Inc.
1011 Charles St
Crete, IL 60417

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|------|--------------------------------------------------|-----------------------|--------|

Hard Rock Concrete Cutters Inc

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Colette M. Dailey Electrical Contractors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,507.98**

Herc Rentals Inc.
P.O Box 650280
Dallas, TX

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,310.00**

Home Depot
P.O Box 6029
The Lakes, NV 88901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$97,500.00**

James & Collette Dailey
712 E. Juniper Drive
Palatine, IL 60074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Several Loans made on Various Dates all in 2017_

**Basis for the claim:** _Loans to Compan_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,000.00**

Mary Pat Cross
1239 16th St.
Wilmette, IL 60091

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _June 2016_

**Basis for the claim:** _Loans to Company_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,472.50**

Morton S. Winer, C.P.A
9933 N. Lawler Ave.
Suite B
Skokie, IL 60077

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,862.00**

Okeh Electric
825 University Dr.
Arlington Heights, IL 60004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,306.48**

Pace System, Inc
2040 Corporate Ln.
Naperville, IL 60563

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Colette M. Dailey Electrical Contractors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,298.00 |
|---|---|---|---|

PCS Cable and Wireless Solution
279 E. Helen Dr.
Palatine, IL 60067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.71 |
|---|---|---|---|

Pitney Bowes Financial Services

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $315.00 |
|---|---|---|---|

PM Sales Company, Inc.
48500 W. Bloomingdale Ave.
Chicago, IL 60639

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.04 |
|---|---|---|---|

Purchase Power
P.O Box 371874
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

Rachel Dailey
918 W. Belmont
#308
Chicago, IL 60670

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  July 2017

**Last 4 digits of account number** _

**Basis for the claim:**  Loan to Company

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,992.00 |
|---|---|---|---|

Rex Electric & Technologies, LLC
200 W. Monroe St.
Ste 1700
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,576.14 |
|---|---|---|---|

Sharper Dot Printing, Inc.
8120 River Dr.
Morton Grove, IL 60053

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Colette M. Dailey Electrical Contractors, Inc.
_____
Name

Case number (if known) _____

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,936.11 |
|---|---|---|---|

Sky King
770 Larsen Ln.
Bensenville, IL 60106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $14,459.10 |
|---|---|---|---|

Tyco Symplex Grinnel
10320 Palatine Rd.
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,000.00 |
|---|---|---|---|

Underground Solutions

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

W.E. O'Neil
1245 W. Washington Blvd.
Chicago, IL 60607

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $442.07 |
|---|---|---|---|

Warmly Yours
2 Corporate Dr.
Lake Zurich, IL 60047

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,966.11 |
|---|---|---|---|

Windy City Wire
29066 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | James P. Zeigler<br>Stone Pogrund & Korey<br>1 E. Wacker Dr., Ste 2610<br>Chicago, IL 60601 | Line  _3.1_<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Colette M. Dailey Electrical Contractors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | Kevin A. Sterling<br>411 N. LaSalle Street<br>Suite 200<br>Chicago, IL 60654 | Line  3.34 <br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Tina M. Bird<br>Freeborn & Peters LLP<br>311 S. Wacker Dr., Ste. 3000<br>Chicago, IL 60606 | Line  3.1 <br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 248,291.69 |
| **5b. Total claims from Part 2** | 5b. + | $ 588,216.70 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 836,508.39 |

**Fill in this information to identify the case:**

Debtor name    Colette M. Dailey Electrical Contractors, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest    Lease for business premises | |
| State the term remaining | |
| List the contract number of any government contract | 702 Vermont LLC 702 Vermont Palatine, IL 60067 |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest    Project for Banner Storage | |
| State the term remaining | |
| List the contract number of any government contract | G.A Johnson 828 Foster Street Evanston, IL 60201 |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest    Project for The Parkways | |
| State the term remaining | |
| List the contract number of any government contract | Motili 1900 Wazee Street # 1533 Denver, CO 80202 |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest    Project for Michaels and Vanila Box | |
| State the term remaining | |
| List the contract number of any government contract | Nestler Construction 999 N. Elmhurst Rd. Mount Prospect, IL 60056 |

Debtor 1    Colette M. Dailey Electrical Contractors, Inc.                     Case number *(if known)* _____
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Project for Boeing Studio 30 | |
|---|---|---|---|
| | State the term remaining | | Pacific Construction |
| | List the contract number of any government contract | | 4700 Rawinswond Chicago, IL 60640 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Project for Postage Stamp Machine | |
|---|---|---|---|
| | State the term remaining | 01/2019 | Pitney Bowes Financial Services |
| | List the contract number of any government contract | | P.O Box 856390 Louisville, KY 40285 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Lease for Postage Stamp Maching | |
|---|---|---|---|
| | State the term remaining | Expires 01/2019 | |
| | List the contract number of any government contract | | Pitney Bowes Financial Services |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Project for Canada Goose and Belmont Village Senior Living | |
|---|---|---|---|
| | State the term remaining | | W.E. O' Neil |
| | List the contract number of any government contract | | 1245 West Washington Chicago, IL 60607 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Project for Saint Patrick High School | |
|---|---|---|---|
| | State the term remaining | | Wight Construction Services |
| | List the contract number of any government contract | | 2500 North Frontage Rd Darien, IL 60561 |

**Fill in this information to identify the case:**

Debtor name     Colette M. Dailey Electrical Contractors, Inc.

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 James & Collette Dailey | 712 E. Juniper Drive Palatine, IL 60074 | Union National Bank | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 James & Collette Dailey | 712 E. Juniper Drive Palatine, IL 60074 | Active Electrical Supply | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.3 James & Collette Dailey | 712 E. Juniper Drive Palatine, IL 60074 | Illinois Department of Revenue | ☐ D _____ ■ E/F __2.1__ ☐ G _____ |
| 2.4 James & Collette Dailey | 712 E. Juniper Drive Palatine, IL 60074 | Illinois Dept of Employment Securit | ☐ D _____ ■ E/F __2.2__ ☐ G _____ |
| 2.5 James & Collette Dailey | 712 E. Juniper Drive Palatine, IL 60074 | Internal Revenue Service | ☐ D _____ ■ E/F __2.3__ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    Colette M. Dailey Electrical Contractors, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 1/01/2018 to Filing Date | ■ Operating a business<br>☐ Other _____ | $33,659.68 |
   | For prior year:<br>From 1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other _____ | $3,361,372.09 |
   | For year before that:<br>From 1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other _____ | $2,534,117.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From 1/01/2018 to Filing Date | Since late 2017, Debtor has been in the process of selling assets | $60,088.00 |
   | **From the beginning of the fiscal year to filing date:**<br>From 1/01/2018 to Filing Date | Since late 2017 the Debtor has been selling off inventory | $1,717.00 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Colette M. Dailey Electrical Contractors, Inc. | Case number *(if known)* | |
|---|---|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Ford Credit | January 2018. | $11,805.47 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | Union National Bank | March 28, 2018 | $56,920.26 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | Union National Bank | 1/28/18;<br>2/28/18;<br>3/28/18;<br>4/16/18 | $10,421.65 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | IRS | 1/20/18;<br>2/20/18;<br>3/20/18 | $8,000.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | James Dailey<br>712 E. Juniper Drive<br>Palatine, IL 60074<br>President | 2016 | $37,440.00 | Payroll |
| 4.2. | James Dailey<br>712 E. Juniper Drive<br>Palatine, IL 60074<br>President | 2017 | $1,936.00 | Payroll |

Debtor   Colette M. Dailey Electrical Contractors, Inc.                    Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3.   James Dailey 712 E. Juniper Drive Palatine, IL 60074 President | 2018 | $14,112.00 | Payroll |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   MBD Enterprises Inc. v. Dailey Electric 2018 CH 00476 | Mechanics Lien | Cook County Circuit Court 50 West Washington St. Chicago, IL 60602 | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.2.   Active Electrical Supply v. Dailey Electric et all 2018 CH 02522 | Mechanics Lien | Cook County Circuit Clerk 50 W. Washington Chicago, IL 60602 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3.   W.E. O'Neil Construction v. Dailey Electric 2018 L 001810 | Contract | Cook County Circuit Clerk 50 W. Madison Chicago, IL 60602 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4.   Active Electrical Supply v. Dailey Electric 2018 L 000876 | Contract | Cook County Circuit Court 50 W. Washington Chicago, IL 60602 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5.   City Escape Garden Design v. Dailey Electric et al 2015 CH 16325 | Mechanic Lien | Cook County Circuit Court 50 W. Washington Chicago, IL 60602 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.6.   Dailey Electric v. 710 W. Fullerton Ave 2018 CH 04102 | Mechanic Lien | Cook County Circuit Court 50 W. Washington Chicago, IL 60602 | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    Colette M. Dailey Electrical Contractors, Inc.                                Case number *(if known)*  _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.7.  Dailey Electric v Hansen | Collection | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

## 8. Assignments and receivership
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

<span style="background:black;color:white">Part 4:</span>    **Certain Gifts and Charitable Contributions**

## 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<span style="background:black;color:white">Part 5:</span>    **Certain Losses**

## 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

<span style="background:black;color:white">Part 6:</span>    **Certain Payments or Transfers**

## 11. Payments related to bankruptcy
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  Cohen & Krol<br>105 West Madison Street<br>Suite 1100<br>Chicago, IL 60602-4600 | Attorney Fees | 4/6/18 | $5,335.00 |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

---

Debtor    Colette M. Dailey Electrical Contractors, Inc.                                      Case number (if known) _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Cohen & Krol<br>105 West Madison Street<br>Suite 1100<br>Chicago, IL 60602-4600 | Payment for services rendered to consult with debtor and to defend state court litigation | 12/18/17 paid $3500<br>4/5/18 paid $3640.18 | $7,140.18 |
| | **Email or website address**<br>_____ | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | See Attached List | Debtor has been selling assets and inventory since late 2017 | Various | $60,088.00 |
| | **Relationship to debtor**<br>None | | | |
| 13.2. | James & Collette Dailey<br>712 E. Juniper Drive<br>Palatine, IL 60074 | 2012 Toyota Camry | March 24, 2018 | $6,500.00 |
| | **Relationship to debtor**<br>President & Secretary | | | |
| 13.3. | James & Collette Dailey<br>712 E. Juniper Drive<br>Palatine, IL 60074 | 2009 Ford F-150 | March 24, 2018 | $3,500.00 |
| | **Relationship to debtor**<br>President & Secretary | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

Debtor    Colette M. Dailey Electrical Contractors, Inc. _____    Case number *(if known)* _____

| Address | Dates of occupancy From-To |
|---|---|
| | |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Dailey Electric 401(k) | EIN: |

Has the plan been terminated?
☐ No
☑ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

Debtor    Colette M. Dailey Electrical Contractors, Inc.    Case number *(if known)* _____

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor   Colette M. Dailey Electrical Contractors, Inc.   Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | James & Collette Dailey<br>712 E. Juniper Drive<br>Palatine, IL 60074 | Since Inception of business |
| 26a.2. | Morton S. Winer, C.P.A<br>9933 N. Lawler Ave.<br>Suite B<br>Skokie, IL 60077 | Since 2001 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | Morton S. Winer, C.P.A<br>9933 N. Lawler Ave.<br>Suite B<br>Skokie, IL 60077 | Prepared financial statements for the Debtor |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Morton S. Winer, C.P.A<br>9933 N. Lawler Ave.<br>Suite B<br>Skokie, IL 60077 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | Union National Bank<br>101 East Chicago St.<br>Elgin, IL 60120 |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

Debtor    Colette M. Dailey Electrical Contractors, Inc.                          Case number *(if known)* _____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | James Dailey | December 2016 | 125,930.00 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | James Dailey<br>712 E. Juniper Drive<br>Palatine, IL 60074 |

| | | | |
|---|---|---|---|
| 27.2. | James Dailey | 12/17-01/18 | |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | James Dailey<br>712 E. Juniper Drive<br>Palatine, IL 60074 |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Dailey | 712 E. Juniper Drive<br>Palatine, IL 60074 | President | 49% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Collette Dailey | 712 E. Juniper Drive<br>Palatine, IL 60074 | Secretary | 51% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | James Dailey<br>712 E. Juniper Drive<br>Palatine, IL 60074 | 2016 Salary $37,440.00<br>2017 Salary $1,936.00<br>2018 Salary $14,211.00 | | |

| | Relationship to debtor |
|---|---|
| | President |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor     Colette M. Dailey Electrical Contractors, Inc.                                   Case number *(if known)* _____

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | James Dailey<br>712 E. Juniper Drive<br>Palatine, IL 60074 | See list attached as response to question #4 on Statement of Financial Affairs | Various throughout 2017 | Reimbursement for payments made to vendors who would not accept Debtor's check. |
|  | **Relationship to debtor**<br>President | | | |
| 30.3. | James  Dailey<br>712 E. Juniper Drive<br>Palatine, IL 60074 | $5,000 loan repayment<br>$4,850 loan repayment<br>The Debtor also reimbursed James Dailey for advances made by him to various suppliers who would not accept Debtor checks | Various | |
|  | **Relationship to debtor**<br>President | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 19, 2018

/s/ James P. Dailey                                          James P. Dailey
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

| Line | Quantity | Item | Amount Received | Detailed Description | Purchased By |
|------|----------|------|-----------------|----------------------|--------------|
| 29 | 200 | 11 B rings | See line 170 | | D Best Electrical Solutions |
| 30 | 5 | 12x12 pull box | See line 170 | | D Best Electrical Solutions |
| 31 | 1 | 19' Scissor Lift | $2,000.00 | | Jeremy Bianchi |
| 32 | 25 | 2 1/2 inch compression coupling | See line 170 | | D Best Electrical Solutions |
| 33 | 25 | 2 1/2 inch rigid pipe clamp | See line 170 | | D Best Electrical Solutions |
| 34 | 10 | 2 1/2 inch set screw connector | See line 170 | | D Best Electrical Solutions |
| 35 | 10 | 2 1/2 inch set screw coupling | See line 170 | | D Best Electrical Solutions |
| 36 | 1 | 2 side 6' ladder | $100 | | Big Bear |
| 37 | 3 | 2" pipe wrench | $75 | qty 3 | John 2 |
| 38 | 1 | 2.5 - 4" Punch Set | $100.00 | | Corporate Electric |
| 39 | 1 | 24' Extension Ladder | $100.00 | | Kevin Klatt |
| 40 | 1 | 24" Bolt cutters | $60.00 | | Taylor |
| 41 | 30 | 3 gang white wall plate cover | $25 | qty 30 | Callard |
| 42 | 100 | 3 inch set screw coupling | See line 170 | | D Best Electrical Solutions |
| 43 | 150 | 3/4 inch 1-hole strap | See line 170 | | D Best Electrical Solutions |
| 44 | 10 | 3/4 inch 90 degree liquid tight connector | See line 170 | | D Best Electrical Solutions |
| 45 | 25 | 3/4 inch compression connector | See line 170 | | D Best Electrical Solutions |
| 46 | 150 | 3/4 inch compression coupling | See line 170 | | D Best Electrical Solutions |

4/18/2018

| Line | Quantity | Item | Amount Received | Detailed Description | Purchased By |
|------|----------|------|-----------------|---------------------|--------------|
| 47 | 85 | 3/4 inch compression type coupling | See line 170 | | D Best Electrical Solutions |
| 48 | 225 | 3/4 inch EMT coupling | See line 170 | | D Best Electrical Solutions |
| 49 | 50 | 3/4 inch knockouts | See line 170 | | D Best Electrical Solutions |
| 50 | 25 | 3/4 inch liquid tight connector | See line 170 | | D Best Electrical Solutions |
| 51 | 225 | 3/4 inch pipe clamp | See line 170 | | D Best Electrical Solutions |
| 52 | 270 | 3/4 inch set screw coupling | See line 170 | | D Best Electrical Solutions |
| 53 | 55 | 3/4 inch to 1/2 inch reducer | See line 170 | | D Best Electrical Solutions |
| 54 | 20 | 3/4 inch to 1/2 inch reducer | See line 170 | | D Best Electrical Solutions |
| 55 | 45 | 3/4 inch to 3/4 inch transition EMT/FMC Coupling | See line 170 | | D Best Electrical Solutions |
| 56 | 25 | 3/4 inch transition RGD/EMT Coupling | See line 170 | | D Best Electrical Solutions |
| 57 | 110 | 3/4 squeeze connector | See line 170 | | D Best Electrical Solutions |
| 58 | 145 | 3/4 stainless EMT connector | See line 170 | | D Best Electrical Solutions |
| 59 | 90 | 3/4 zinc EMT connector | See line 170 | | D Best Electrical Solutions |
| 60 | 20 | 3/8 liquid tight connector | See line 170 | | D Best Electrical Solutions |

| Line | Quantity | Item | Amount Received | Detailed Description | Purchased By |
|---|---|---|---|---|---|
| 61 | 5 | 4 1/2 inch couplings | See line 170 | | D Best Electrical Solutions |
| 62 | 200 | 4 inch flat blank cover | See line 170 | | D Best Electrical Solutions |
| 63 | 1 | 4" Deep cut Milwaukee Band Saw | $100.00 | | Kevin Klatt |
| 64 | 2 | 4" pipe wrench | See line 305 | | D Best Electrical Solutions |
| 65 | 3 | 4" strap wrenches | See line 170 | | D Best Electrical Solutions |
| 66 | 1 | 4" threading machine - Ridgid 26092 | 6,000 | | Genesis |
| 67 | 1 | 40' scissor lift | $2,000 | | D Best Electrical Solutions |
| 68 | 4 | 400 Amp panels | $100 | | Walk-in |
| 69 | 1 | 5' ladder | $100 | | Big Bear |
| 70 | 175 | Beam Fastner | See line 170 | | D Best Electrical Solutions |
| 71 | 1 | Bill Jax Trailer | $1,000.00 | | Jeremy Bianchi |
| 72 | 1 | Bit Wood | $40.00 | | Nick Bara |
| 73 | 1 | Bosch Hammer Drill | $550.00 | | Stephan |
| 74 | 1 | Bosch Impact Drill | $180.00 | | Taylor |
| 75 | 3 | Bosch roto hammer with bits | $150 | qty 1 | Carl |
| 76 | | | $235 | qty 2 | Brickwork Specialists |
| 77 | 1 | C2P-36 Zip Kit Frish Tape Rods | $50.00 | | Kevin Klatt |
| 78 | 2 | Cable Pulleys | $300.00 | | Corporate Electric |
| 79 | 1 | Canon IPF 710 | $500.00 | Plodder | Caroline Hagen |
| 80 | 100 | Ceiling Fan Boxes | See line 170 | | D Best Electrical Solutions |
| 81 | 1 | Come alongs with chain | See line 170 | | D Best Electrical Solutions |
| 82 | 2 | Cords | $60.00 | | Nick Bara |
| 83 | 1 | Coring Bit 2 3/4" | $130.00 | | Joe Smith |
| 84 | 1 | Coring drill Hilt Hilt DD-130 with coring bits | $10 | | Art |

| Line | Quantity | Item | Amount Received | Detailed Description | Purchased By |
|------|----------|------|-----------------|---------------------|--------------|
| 86 | 1 | Coring Hilti DD-130 w/bits | $650.00 | | Kevin Klatt |
| 87 | 1 | Crow bars (pinch bars) | $10 | qty 1 | Walk-in |
| 88 | 1 | Desks | $100 | qty 1 | John W |
| 89 | 1 | Dewalt laser (green LED) DCB127 | $300 | | Smith Electric |
| 90 | 1 | Dollys | $40 | qty 1 | Pete |
| 91 | 1 | Drill | $100.00 | | Integra |
| 92 | 1 | Econoline E250 2014 Van | $11,800 | | Evans Electric |
| 93 | 4 | Fall Tech Safety Harness | $600.00 | | Taylor |
| 94 | 1 | File Cabinets | $25.00 | 2 Drawer | Kyle Huff |
| 95 | 1 | Fishtape | $20.00 | | Nick Bara |
| 96 | 1 | Ford Escape | $1,200.00 | | Offer Up |
| 97 | 1 | Gang Box | $200.00 | | Corporate Electric |
| 98 | 1 | Gang Box | $150.00 | | Nick Bara |
| 99 | 3 | Gang boxes | $1,150 | qty 3 | Evans Electric |
| 100 | 1 | Gondola | See line 170 | | D Best Electrical Solutions |
| 101 | 1 | Greenlee Bender - HYD 881 | 9,000 | | Corporate Electric |
| 102 | 3 | Greenlee cable cutter 756 (600mcm) | See line 170 | | D Best Electrical Solutions |
| 103 | 3 | Greenlee metal stud punch 710 | See line 170 | | D Best Electrical Solutions |
| 104 | 2 | Greenlee SK rachets | See line 170 | | D Best Electrical Solutions |
| 105 | 1 | Hand Cart | $50.00 | | Integra |
| 106 | 4 | Hand carts | $240 | | Prime Electric |
| 107 | 1 pair | High voltage boots | See line 170 | | D Best Electrical Solutions |
| 108 | 1 pair | High voltage gloves | See line 170 | | D Best Electrical Solutions |
| 109 | 22 | Highbay Temporary Lights With Lamps | $1,100.00 | | Watts Electric |
| 110 | 1 | Hilti Gun | $200.00 | | Stephan |
| 111 | 1 | Hilti roto hammer with bits TE-60 | $80 | | walk-in |
| 112 | 1 | Hilti TE-4-A18 | $150 | qty 1 | Art |
| 113 | 1 | Hilti TE6 & (5) 3/4" Bits | $190.00 | | Joe Smith |
| 114 | 1 | HP Pro computers | $300 | qty 1 | Champak Shah |

| Line | Quantity | Item | Amount Received | Detailed Description | Purchased By |
|------|----------|------|-----------------|---------------------|--------------|
| 115 | 1 | Husky Socket Sets | $40.00 | qty 1 | Taylor |
| 116 | 1 | Impact Drills | $100.00 | qty 1 | Nick Bara |
| 117 | 1 | Ladder 10' | $400.00 | | Corporate Electric |
| 118 | 6 | Material carts | $360 | | Prime Electric |
| 119 | 1 | Milwaukee 110 V Sawzall | $220.00 | | Taylor |
| 120 | 1 | Milwaukee 110V sawzall | $100 | qty 1 | Carl |
| 121 | 1 | Milwaukee Grinder | $50.00 | | Kevin Klatt |
| 122 | 1 | Milwaukee Right Ange Hawg | $100.00 | | Kevin Klatt |
| 123 | 1 | Milwaukee Sawzall | $50.00 | | Kevin Klatt |
| 124 | 1000' | Misc. conduit | See line 170 | | D Best Electrical Solutions |
| 125 | 1000' | Misc. conduit HN/TN | See line 170 | | D Best Electrical Solutions |
| 126 | | Miscellaneous (Ladders, Gan Boxes, Carts, Benders and Punch Sets | $7,000.00 | | Prime Electric |
| 127 | | Miscellaneous (Reels of THHN, Box Covers, Connectors) | $250.00 | | Callards |
| 128 | 6 | Moving wooden dolleys 4 wheel | See line 170 | | D Best Electrical Solutions |
| 129 | 1 | Oil Basin & Oiler | $150.00 | | Smith Electric |
| 130 | 50 | Phil Bugle Dry Wall Screw | See line 170 | | D Best Electrical Solutions |
| 131 | 1 | Pipe Rack | $150.00 | | Corporate Electric |
| 132 | 1 | Pipe Threader & Dies | $375.00 | | Smith Electric |
| 133 | 1 | Porta pony | $500 | | Smith Electric |
| 134 | 1 | Power Trak | $300.00 | | Stephan |
| 135 | 2 | Reel Stands | $200.00 | | Smith Electric |
| 136 | 4 | Reels of cable pulling rope | $150 | qty 4 | Art |
| 137 | 1 | Reese Pintle Hook Mounting Plate Hitch | $120.00 | | Taylor |
| 138 | 1 | Ridgid plumber roter | $75 | | Brickwork Specialists |
| 139 | 1 | Rigid Chain Wrench | $100.00 | | Taylor |
| 140 | 1 | Rope | $550.00 | | Smith Electric |
| 141 | 2 | Rope Straps | $125.00 | | Stephan |
| 142 | 2 | Shackles Large | $30.00 | | Taylor |
| 143 | 2 | Shackles Small | $10.00 | | Taylor |
| 144 | 2 | Short Radius Bender | $30.00 | qty 1 | Nick Bara |

| Line | Quantity | Item | Amount Received | Detailed Description | Purchased By |
|------|----------|------|-----------------|---------------------|--------------|
| 145 | | | $30.00 | qty 1 | Big Bear |
| 146 | 1 | Small Gang Box | $100.00 | | Stephan |
| 147 | 1 | Sparks Tape | $30.00 | | Stephan |
| 148 | 1 | Steel fish tapes | $25 | qty 1 | John 1 |
| 149 | 1 | Stud Punch | $100.00 | | Smith Electric |
| 150 | 1 | Table band saw | See line 170 | | D Best Electrical Solutions |
| 151 | 1 | Table Band Saw | $200.00 | | Corporate Electric |
| 152 | 1 | TE 60 | $200.00 | | Corporate Electric |
| 153 | 5 | TE-6S Hilti | See line 170 | | D Best Electrical Solutions |
| 154 | 1 | Torch Set | $160.00 | qty 1 | Taylor |
| 155 | 1 | Track Drill | $250.00 | | Integra |
| 156 | 1 | Trailer | See line 170 | | D Best Electrical Solutions |
| 157 | 1 | Tripod | $175.00 | | Smith Electric |
| 158 | 1 | Tripod Vice | $100.00 | | Corporate Electric |
| 159 | 1 | Wire Tugger and Accessories | $950.00 | | Smith Electric |
| 160 | 1 | X-Acto cutting machine | $75 | | Tom Sklena |
| 161 | 1 | Car Ramp | $20 | | Joe |
| 162 | 1 | Phone Charger | $20 | | Sue |
| 163 | 4 | Plates | $100 | | Wally |
| 164 | 1 | Honeywell Fan | $25 | | Tom Sklena |
| 165 | 1 | 2006 Ford Van | $1,100 | | Paragon Home Services |
| 166 | 1 | Meter | $20 | | John 1 |
| 167 | 1 | Drmel 200 | $10 | | Vince |
| 168 | 1 | Rigid Router | $40 | | John 2 |
| 169 | 1 | Axe | $8 | | Walk-in |
| 170 | BULK ORDER | Miscellaneous | $1,200 | See items indicated | D Best Electrical Solutions |
| | | | | | |
| | | | | | |
| | | | $60,088.00 | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re ___Colette M. Dailey Electrical Contractors, Inc.___
Debtor(s)

Case No. _____
Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 5,000.00 |
| Prior to the filing of this statement I have received | $ | 5,000.00 |
| Balance Due | $ | 0.00 |

2.  $ __335.00__  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        □ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        □ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       Representations of Debtor against Motions for Relief and Motions to Dismiss

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       Representation of the debtors in any dischargeability actions or any other adversary proceeding.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __April 19, 2018__ | /s/ Gina B. Krol |
| *Date* | Gina B. Krol 6187642 |
| | *Signature of Attorney* |
| | Cohen & Krol |
| | 105 West Madison Street |
| | Suite 1100 |
| | Chicago, IL 60602-4600 |
| | 312.368.0300  Fax: 312.368.4559 |
| | *Name of law firm* |

# United States Bankruptcy Court
## Northern District of Illinois

In re    Colette M. Dailey Electrical Contractors, Inc.                                    Case No.
                                                            Debtor(s)        Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                67

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    April 19, 2018                              /s/ James P. Dailey
                                                     James P. Dailey/President
                                                     Signer/Title

702 Vermont LLC
702 Vermont
Palatine, IL 60067


Active Electrical Supply
4240 W. Lawrence Ave
Chicago, IL 60630


Advance Switchboard Distribution
1801 N. Lamon
Chicago, IL 60639


Barbizon
252 N. Elston Ave
Chicago, IL 60647


Brendan Dailey
2342 W. Bloomingdale Ave.
#303
Chicago, IL 60647


Chitkowski Law Offices
801 Warrenville Rd.
Suite 620
Lisle, IL 60532


Cobra Concrete Cutting Services
2416 E. Oakton
Mount Prospect, IL 60056


Contactor's Adjustment Company
750 Lake Cook Rd.
Ste 410
Buffalo Grove, IL 60089


CW Olson & Co.
1701 Golf Rd.
Rolling Meadows, IL 60008


D.B.S Contracting
6N 311 Gary Ave
Roselle, IL 60172

Danforth Electric
6N311 Gary Ave
Evanston, IL 60202


Elfco
9860 Clearvue Ct.
Mokena, IL 60448


EMC Insurance Companies


G.A Johnson
828 Foster Street
Evanston, IL 60201


Gexpro
P.O Box 840638
Dallas, TX 75284


Glenbard Electrical Supply Inc.
333 Eisenhover Lane South
Lombard, IL 60148


Hansen Electrical Services Inc.
1011 Charles St
Crete, IL 60417


Hard Rock Concrete Cutters Inc


Herc Rentals Inc.
P.O Box 650280
Dallas, TX


Home Depot
P.O Box 6029
The Lakes, NV 88901


Illinois Department of Revenue
P.O. Box 19084
Springfield, IL 62794-9084

Illinois Dept of Employment Securit
Northern Office
P.O. Box 19509
Springfield, IL 62794


Internal Revenue Service
230 South Dearborn Street
Mail Stop 5010 CHI
Chicago, IL 60604


James & Collette Dailey
712 E. Juniper Drive
Palatine, IL 60074


James & Collette Dailey
712 E. Juniper Drive
Palatine, IL 60074


James & Collette Dailey
712 E. Juniper Drive
Palatine, IL 60074


James & Collette Dailey
712 E. Juniper Drive
Palatine, IL 60074


James & Collette Dailey
712 E. Juniper Drive
Palatine, IL 60074


James & Collette Dailey
712 E. Juniper Drive
Palatine, IL 60074


James P. Zeigler
Stone Pogrund & Korey
1 E. Wacker Dr., Ste 2610
Chicago, IL 60601


Kevin A. Sterling
411 N. LaSalle Street
Suite 200
Chicago, IL 60654

Mary Pat Cross
1239 16th St.
Wilmette, IL 60091


Morton S. Winer, C.P.A
9933 N. Lawler Ave.
Suite B
Skokie, IL 60077


Motili
1900 Wazee Street
# 1533
Denver, CO 80202


National Electrical Benefit Fund
2400 Research Blvd
Suite 500
Rockville, MD 20850


NECA & IBEW Local 134
Employee Benefit Plans
221 N. LaSalle St., Ste. 200
Chicago, IL 60601


Nestler Construction
999 N. Elmhurst Rd.
Mount Prospect, IL 60056


Okeh Electric
825 University Dr.
Arlington Heights, IL 60004


Pace System, Inc
2040 Corporate Ln.
Naperville, IL 60563


Pacific Construction
4700 Rawinswond
Chicago, IL 60640


PCS Cable and Wireless Solution
279 E. Helen Dr.
Palatine, IL 60067

Pitney Bowes Financial Services


Pitney Bowes Financial Services
P.O Box 856390
Louisville, KY 40285


Pitney Bowes Financial Services


PM Sales Company, Inc.
48500 W. Bloomingdale Ave.
Chicago, IL 60639


Purchase Power
P.O Box 371874
Pittsburgh, PA 15250


Rachel Dailey
918 W. Belmont
#308
Chicago, IL 60670


Rex Electric & Technologies, LLC
200 W. Monroe St.
Ste 1700
Chicago, IL 60606


Sharper Dot Printing, Inc.
8120 River Dr.
Morton Grove, IL 60053


Sky King
770 Larsen Ln.
Bensenville, IL 60106


Tina M. Bird
Freeborn & Peters LLP
311 S. Wacker Dr., Ste. 3000
Chicago, IL 60606


Tyco Symplex Grinnel
10320 Palatine Rd.
Palatine, IL 60055

Underground Solutions


Union National Bank
101 East Chicago St.
Elgin, IL 60120


Union National Bank
101 East Chicago St.
Elgin, IL 60120


Union National Bank
101 East Chicago St.
Elgin, IL 60120


Union National Bank
101 East Chicago St.
Elgin, IL 60120


Union National Bank
101 East Chicago St.
Elgin, IL 60120


Union National Bank
101 East Chicago St.
Elgin, IL 60120


Union National Bank
101 East Chicago St.
Elgin, IL 60120


Union National Bank
101 East Chicago St.
Elgin, IL 60120


Union National Bank
101 East Chicago St.
Elgin, IL 60120


W.E. O' Neil
1245 West Washington
Chicago, IL 60607

W.E. O'Neil
1245 W. Washington Blvd.
Chicago, IL 60607


Warmly Yours
2 Corporate Dr.
Lake Zurich, IL 60047


Wight Construction Services
2500 North Frontage Rd
Darien, IL 60561


Windy City Wire
29066 Network Place
Chicago, IL 60673

# United States Bankruptcy Court
### Northern District of Illinois

In re   Colette M. Dailey Electrical Contractors, Inc.

Debtor(s)

Case No.

Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Colette M. Dailey Electrical Contractors, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 19, 2018

Date

/s/ Gina B. Krol

Gina B. Krol 6187642

Signature of Attorney or Litigant

Counsel for   Colette M. Dailey Electrical Contractors, Inc.

Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
312.368.0300 Fax:312.368.4559